UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
In re:

EAST HUDSON LEVEL FLOORING
SYSTEMS, INC.,

                                      Chapter 11
                                      Case No. 19-22812 (RDD)

                                  Debtor.
-------------------------------------------------------------------X

## STIPULATION OF SUBSTITUTION OF COUNSEL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel that Davidoff Hutcher & Citron LLP, 605 Third Avenue, New York, New York 10158, will be and hereby is substituted for Rattet PLLC, 202 Mamaroneck Avenue, Suite 300, White Plains, New York 10601 as counsel for East Hudson Level Flooring Systems, Inc. in the above captioned bankruptcy case, effective January 1, 2020.

| | |
|---|---|
| Dated: January 2, 2020 | Dated: January 2, 2020 |
| RATTET PLLC<br>202 Mamaroneck Avenue<br>White Plains, NY  10601<br>(914) 381-7400 | DAVIDOFF HUTCHER & CITRON LLP<br>605 Third Avenue<br>New York, New York 10158<br>(212) 557-7200 |
| By:*/s/ Robert L. Rattet*<br>    Robert L. Rattet, Esq. | By: */s/ Robert L. Rattet*<br>    Robert L. Rattet, Esq. |

Dated: December 31, 2019

Consented and Agreed:
East Hudson Level Flooring Systems, Inc.

By: */s/ Margaret Defeo*
    Margaret Defeo, President